# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**ALAN KISHBAUGH,**

      Plaintiff,

v.                          CASE NUMBER: 3:13-cv-481 (DNH/TWD)

**CAROLYN W. COLVIN,**
**Commissioner of Social Security,**

      Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the final decision of the Defendant be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action. It is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan,* 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable Judge Thérèse Wiley Dancks, dated the 4th day of April, 2014.

DATED: April 4, 2014

                                                   Clerk of Court

                                                 By: s/ Nicole Killius
                                                           Deputy Clerk